```
            IN THE UNITES STATES DISTRICT COURT
          FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
                       WESTERN DIVISION
```

JUAN C. ELSO, # 63187-004                              PETITIONER

VERSUS                          CIVIL ACTION NO. 5:10-CV-20-DCM-MTP

BRUCE PEARSON, Warden                                  RESPONDENT

### ORDER

This matter is before the Court on Petitioner's Motion for Reconsideration of this Court's Order denying him approval to proceed in forma pauperis on appeal [docket entry no. 20]. Following receipt of Petitioner's Notice of Dismissal, the Court of Appeals dismissed Petitioner's appeal on January 23, 2012. Accordingly, the Court finds the present Motion is moot.

Accordingly,

**IT IS HEREBY ORDERED** that Petitioner's Motion for Reconsideration [**docket entry no. 20**] is **DISMISSED.**

**SO ORDERED** on this the 24th day of January, 2012.

                                          /s/ David Bramlette

                                      UNITED STATES DISTRICT JUDGE